**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

COURTNEY MORGENSTERN,

    Plaintiff,                                           Case No.: 1:26-cv-00028

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Linju Trading Co. , Ltd. |
| 2 | Roshop |
| 3 | Luyao3 |
| 4 | LILIWEISAN |
| 5 | DUEIG(7-15 Days Delivery) |
| 6 | Imcute |
| 7 | Huyaqz |
| 8 | Fantasy Forge Shop |
| 9 | XIXIO Fashion |
| 10 | FLUFFALOO |
| 11 | TrendVibee |
| 12 | Graceful Gowns |
| 13 | Kplpldj |
| 14 | NFEPWI |
| 15 | BJHFEISS |
| 16 | VASIUF |
| 17 | Ghtysb |
| 18 | SDGGOKL |
| 19 | Isqorqm |
| 20 | Wkvfkuk |
| 21 | Ofpuuek |
| 22 | KGFOHHB |
| 23 | Ohhybs |
| 24 | TOYEPSSA |

| | | |
|---|---|---|
| 25 | Axhmqkw | |
| 26 | Uhwxnep | |
| 27 | CVREHJKL | |
| 28 | Comvkxc | |
| 29 | IDSFTYV | |
| 30 | Awdmgqf | |
| 31 | Jpifaik | |
| 32 | Ibinun | |
| 33 | SYRISGD | |
| 34 | Vemhel | |
| 35 | OLPQXVR | |
| 36 | IJVPNYA | |
| 37 | EONBMDP | |
| 38 | Dpthqcr | |